UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANNER PHARMACAPS, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. |

**PLAINTIFF ABBOTT LABORATORIES'
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Abbott Laboratories states that it has no parent corporation and no publicly held corporation owns ten percent or more of Abbott Laboratories' stock.

Dated: November 21, 2007

Of Counsel
Daniel E. Reidy
  E-mail: dereidy@jonesday.com
James R. Daly
  Email: jrdaly@jonesday.com
Jason G. Winchester
  Email: jgwinchester@jonesday.com
Jeremy P. Cole
  Email: jpcole@jonesday.com
Melissa B. Hirst
  Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
(T): 312.782.3939
Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois 60064-6034

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Paul E. Crawford
  DE State Bar 0493
  E-mail: pcrawford@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(T) 302.658.9141
(F) 302.658.5614

*Attorneys for Abbott Laboratories*

- 2 -

Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois  60064-6034

CHI-1616884v1