IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES,<br>an Illinois corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>BANNER PHARMACAPS INC., a Delaware corporation,<br><br>       Defendant. | Civil Action No.: 07-754 |

**DEFENDANT BANNER PHARMACAPS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT,**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Banner Pharmacaps Inc., a nongovernmental corporate party organized and existing under the laws of the State of Delaware, states that its ultimate parent is Vion, N.V.

Dated: January 28, 2008    By: /s/ *AnnaMartina Tyreus*_____
                                                      GEORGE PAZUNIAK (DE # 478)
                                                      ANNAMARTINA TYREUS (#4771)
                                                      WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                                                      222 Delaware Avenue, Suite 1501
                                                      Wilmington, Delaware 19801
                                                      Telephone: (302) 252- 4320
                                                      Email: GPazuniak@wcsr.com
                                                      Email: MTyreus@wcsr.com
                                                      Attorneys for Banner Pharmacaps Inc.
                                                      a Delaware corporation

OF COUNSEL:

Charles J. Raubicheck
FROMMER LAWRENCE & HAUG, LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I caused a true copy of the foregoing Defendant Banner Pharmacaps Inc.'s Rule 7.1 Disclosure Statement to be served on the following by e-mail and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Paul E. Crawford, Esquire
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> pcrawford@cblh.com
> Attorney for Plaintiff

/s/ *Anna Martina Tyreus*_____
Anna Martina Tyreus