UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BANNER PHARMACAPS INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 07-CV-00754-GMS |

### ABBOTT LABORATORIES' MOTION TO DISMISS BANNER'S UNFAIR COMPETITION COUNTERCLAIM

Plaintiff, Abbott Laboratories ("Abbott"), by its attorneys and pursuant to Federal Rule 12(b)(6), respectfully moves this Court for an Order dismissing, with prejudice, Banner's second counterclaim, entitled "unfair competition." The bases for this motion are set forth fully in the accompanying Brief, filed simultaneously herewith.

Attached is a proposed order dismissing Banner's second counterclaim, with prejudice.

Dated: February 20, 2008

Of Counsel
Daniel E. Reidy;  Bar No. 2306948
  E-mail:  dereidy@jonesday.com
James R. Daly;  Bar No. 6181714
  Email: jrdaly@jonesday.com
Jason G. Winchester;  Bar No. 6238377
  Email: jgwinchester@jonesday.com
Melissa B. Hirst;  Bar No. 6282498
  Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Paul E. Crawford
Paul E. Crawford
  DE State Bar 0493
  E-mail: pcrawford@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(T) 302.658.9141
(F) 302.658.5614

*Attorneys for Abbott Laboratories*

Chicago, Illinois 60601-1692
(T): 312.782.3939
(F): 312.782.8585

Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois 60064-6034

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>BANNER PHARMACAPS INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 07-CV-00754-GMS |

### [PROPOSED] ORDER

The Court having considered Abbott Laboratories' Motion to Dismiss Banner's Unfair Competition Counterclaim and Brief in Support of Abbott Laboratories' Motion to Dismiss Banner's Unfair Competition Counterclaim, and counsel for Plaintiff and Defendant having made their positions known on this Motion,

The Court finds that Banner's second counterclaim in this action fails to state a claim upon which relief may be granted. As such, pursuant to Federal Rule of Civil Procedure 12(b)(6),

It is therefore ORDERED that Abbott Laboratories' Motion to Dismiss Banner's Unfair Competition Counterclaim is hereby GRANTED and Banner's second counterclaim is hereby DISMISSED WITH PREJUDICE.

SO ORDERED

Date:_____          _____
                                                              U.S. District Court Judge Gregory M. Sleet

## CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2008, a true and correct copy of the foregoing documents entitled **Abbott's Motion to Dismiss Banner's Unfair Competition Counterclaim** and **Proposed Order** were served on the following persons via CM/ECF filing and the following methods:

| | |
|---|---|
| **VIA ELECTRONIC MAIL** | **VIA HAND DELIVERY AND E-MAIL** |
| Charles J. Raubicheck | George Pazuniak |
| FROMMER, LAWRENCE & HOAG LLP | Anna Martina Tyreus |
| 745 Fifth Avenue | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| New York, NY 10151 | 222 Delaware Avenue, Suite 1501 |
| craubicheck@flhlaw.com | Wilmington, DE 19801 |
| | gpazuniak@wcsr.com |
| | mtyreus@wcsr.com |

                                            */s/ Paul E. Crawford*
                                            Paul E. Crawford, Esquire (#493)
                                            pcrawford@cblh.com