IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES,<br>an Illinois corporation, | : | |
| | : | |
| Plaintiff/Counterclaim-Defendant, | : | |
| | : | |
| v. | : | Civil Action No. 07-754 (GMS) |
| | : | |
| BANNER PHARMACAPS INC.<br>a Delaware corporation, | : | |
| | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

### STIPULATION AND ORDER REGARDING EXTENSION OF TIME

Subject to the approval of the Court, Plaintiff/Counterclaim-Defendant Abbott Laboratories ("Abbott"), and Defendant/Counterclaim-Plaintiff Banner Pharmacaps Inc. ("Banner"), by their undersigned attorneys, hereby stipulate and agree that Banner shall have an additional five days, until March 10, 2008, to file a response to Abbott's Motion to Dismiss (D.I. 11).

                                                                                       WOMBLE CARLYLE SANDRIDGE
                                                                                       & RICE, PLLC

                                                                                      */s/ George Pazuniak*
                                                                                      George Pazuniak (DE # 478)
                                                                                      Anna Martina Tyreus (DE # 4771)
                                                                                      222 Delaware Avenue
                                                                                      Suite 1501
                                                                                      Wilmington, DE  19801
                                                                                      (302) 252-4320
                                                                                      Email:  GPazuniak@wcsr.com
                                                                                      Email:  MTyreus@wcsr.com

                                                                                      *Attorneys for Banner Pharmacaps Inc.*

Dated:  March 3, 2008

CONNOLLY BOVE LODGE
& HUTZ LLP

*/s/ Paul E. Crawford*
Paul E. Crawford (DE # 493)
1007 N. Orange St.
Wilmington, DE 19801
(302) 658-9141
Email: PCrawford@cblh.com

*Attorneys for Abbott Laboratories*

SO ORDERED this _____ day of March, 2008.

_____
United States District Judge

WCSR 3852278v1