IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, | : | |
| an Illinois corporation, | : | |
| | : | |
| Plaintiff/Counterclaim-Defendant, | : | |
| | : | |
| v. | : | Civil Action No. 07-754 (GMS) |
| | : | |
| BANNER PHARMACAPS INC. | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME**

Subject to the approval of the Court, Plaintiff/Counterclaim-Defendant Abbott Laboratories ("Abbott"), and Defendant/Counterclaim-Plaintiff Banner Pharmacaps Inc. ("Banner"), by their undersigned attorneys, hereby stipulate and agree that Banner shall have until March 10, 2008, to file a response to Abbott's Motion to Dismiss (D.I. 11).

Abbott's Motion was both electronically filed and served on Banner by hand delivery, and the reason for the Stipulation is to make clear (out of an abundance of caution) that, pursuant to this Court's CM/ECF guidelines, Banner's response to Abbott's Motion is due on March 10, 2008 (since CM/ECF filing "add[s] 3 calendar days for mailing"), and not March 5, 2008 (the deadline if the service was solely by means of hand delivery).

        WOMBLE CARLYLE SANDRIDGE
          & RICE, PLLC

        */s/ George Pazuniak*
        George Pazuniak (DE # 478)
        Anna Martina Tyreus (DE # 4771)
        222 Delaware Avenue
        Suite 1501
        Wilmington, DE 19801
        (302) 252-4320
        Email: GPazuniak@wcsr.com
        Email: MTyreus@wcsr.com

        *Attorneys for Banner Pharmacaps Inc.*


        CONNOLLY BOVE LODGE
          & HUTZ LLP

        */s/ Paul E. Crawford*
        Paul E. Crawford (DE # 493)
        1007 N. Orange St.
        Wilmington, DE 19801
        (302) 658-9141
        Email: PCrawford@cblh.com

        *Attorneys for Abbott Laboratories*

Dated: March 4, 2008


SO ORDERED this _____ day of March, 2008.

_____
United States District Judge


WCSR 3853592v1