IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-754-GMS |
| | ) |
| BANNER PHARMACAPS, INC. | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Daniel E. Reidy, James R. Daly, Jason G. Winchester, and Melissa B. Hirst of the law firm of Jones Day, 77 W. Wacker Dr., Ste. 3500, Chicago, IL 60601 to represent Plaintiff, Abbott Laboratories, in this matter.

Date: March 12, 2008

*/s/ Paul E. Crawford*
Paul E. Crawford, Esquire (#0493)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
pcrawford@cblh.com

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Daniel E. Reidy, James R. Daly, Jason G. Winchester, and Melissa B. Hirst is GRANTED.

Dated: _____, 2008

_____
United States District Court Judge

CHI-1636418v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules.

Date: March 4, 2008

Daniel E. Reidy
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4140
Fax: (312) 782-8585
dreidy@jonesday.com

CHI-1636418v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules.

Date: March 6, 2008

James R. Daly
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4141
Fax: (312) 782-8585
jrdaly@jonesday.com

CHI-1636418v1

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules.

Date: March 12, 2008

Jason G. Winchester
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4373
Fax: (312) 782-8585
jgwinchester@jonesday.com

CHI-1636418v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Northern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules.

Date: March 4, 2008

Melissa B. Hirst
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
Direct Line: (312) 269-4157
Fax: (312) 782-8585
mbhirst@jonesday.com

CHI-1636418v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, a true and correct copy of the foregoing

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was caused to be served on

the following via CM/ECF filing and electronic mail to:

George Paznuiak
Anna Martina Tyreus
WOMBLE CARLYLE SANDRIDGE & RICE PLLC
222 Delaware Ave., Suite 1501
Wilmington, DE  19801

and on the following by depositing the same in the U.S. mail, postage prepaid:

Charles Raubicheck, Esq.
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

*/s/ Paul E. Crawford*
Paul E. Crawford, Esquire (#0493)

CHI-1636418v1