UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>BANNER PHARMACAPS, INC., a Delaware corporation,<br><br>      Defendant. | Civil Action No. 07-CV-00754-GMS |

## ABBOTT LABORATORIES' MOTION TO DISMISS BANNER'S FIRST COUNTERCLAIM

Plaintiff Abbott Laboratories ("Abbott"), by its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully moves this Court for an Order dismissing, with prejudice, Banner's first counterclaim, entitled "Declaratory Judgment of Non-infringement of the '731 and '326 patents." The bases for this motion are set forth fully in the accompanying Brief, filed simultaneously herewith.

Dated: August 8, 2008

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: */s/ Paul E. Crawford*
Paul E. Crawford
  DE State Bar 0493
  E-mail: pcrawford@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange St.
P.O. Box 2207
Wilmington, DE 19899
(T) 302.658.9141
(F) 302.658.5614

*Attorneys for Abbott Laboratories*

Of Counsel
Daniel E. Reidy; Bar No. 2306948
  E-mail: dereidy@jonesday.com
James R. Daly; Bar No. 6181714
  Email: jrdaly@jonesday.com
Jason G. Winchester; Bar No. 6238377
  Email: jgwinchester@jonesday.com
Melissa B. Hirst; Bar No. 6282498
  Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500

Chicago, Illinois 60601-1692
(T): 312.782.3939
(F): 312.782.8585

Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois 60064-6034

## CERTIFICATE OF SERVICE

I hereby certify that, on August 8, 2008, a true and correct copy of the foregoing documents, entitled **Abbott's Motion to Dismiss Banner's First Counterclaim** were served on the following persons via the following methods:

| **VIA ELECTRONIC MAIL** | **VIA HAND DELIVERY AND E-MAIL** |
|---|---|
| Charles J. Raubicheck | George Pazuniak |
| FROMMER, LAWRENCE & HOAG LLP | Anna Martina Tyreus |
| 745 Fifth Avenue | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| New York, NY 10151 | 222 Delaware Avenue, Suite 1501 |
| craubicheck@flhlaw.com | Wilmington, DE 19801 |
| | gpazuniak@wcsr.com |
| | mtyreus@wcsr.com |

                                           */s/ Paul E. Crawford*
                                           Paul E. Crawford, Esquire (#493)
                                           pcrawford@cblh.com